UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**ROBERT EARL KING III #465545/14822**          **CASE NO.  3:22-CV-06198 SEC P**

**VERSUS**                                                                       **JUDGE TERRY A. DOUGHTY**

**ST TAMMANY PARISH JAIL ET AL**          **MAG. JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT

The Report and Recommendation [Doc. No. 11] of the Magistrate Judge having been considered, together with the written objections [Doc. No. 12] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Robert Earl King, III's claims arising under the laws and Constitution of the United States are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims on behalf of his wife and other family members are **DISMISSED WITHOUT PREJUDICE** for lack of standing and as frivolous.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Autopsy [Doc. No. 10] is **DENIED as moot**.

MONROE, LOUISIANA, this 15th day of March 2023.

_____
Terry A. Doughty
United States District Judge